# Apostille

(Convention de La Haye du 5 Octobre 1961)

1. Country:  United States of America

   This public document

2. has been signed by **Milton Adair Tingling**

3. acting in the capacity of **County Clerk**

4. bears the seal/stamp of the **county of New York**

   Certified

5. at New York City, New York

6. the 12th day of June 2024

7. by Deputy Secretary of State for Business and Licensing Services, State of New York

8. No. NYC-2316559

9. Seal/Stamp

10. Signature



*Whitney A. Clark*

Whitney A. Clark
Deputy Secretary of State for Business and Licensing Services

Apostille (REV: 09/25/12)

# CERTIFICATE OF NON-RESPONCE AND DEFAULT JUDGEMENT

I, hereby Certify that on this;
the _12_ day of _June_, 20_24_; on/or after the given 14th day following the date of the Notice of Special Deposit that was properly served via Registered Mail (Tracking: RE358479362US) on the _28_ day of _March_, 20_24_; and after the given 14th day following the date of Notice Of Breach of Trust and Opportunity to Cure that was signed for received via Certified Mail (Tracking: 9589071052700934666652) on the _15_ day of _April_, 20_24_; as well as after the given 14th day following the date of Notice of Default in Dishonor that was signed for received via Certified Mail (Tracking: 9589071052700934680177) on the _9_ day of _May_, 20_24_; by JP MORGAN CHASE BANK, N.A. Attn: Jeremy Barnum, CFO, 270 Park Ave, New York, NY 10017

I hereby declare by Fair Business Practices the violation of the contract and that JP MORGAN CHASE BANK, N.A.'s omission becomes acceptance of guilt.

By: _____
Alena M. Karakova

Witness: _____
Svetlana Eliseicheva

Witness: _____
Lenti Goga

Form 1

**No. 963041**

State of New York } ss:
County of New York }

I, Milton Adair Tingling, Clerk of the County of New York, and Clerk of the Supreme Court in and for said county, the same being a court of record having a seal, **DO HEREBY CERTIFY THAT**

**ANTHONY M. ARLOTTA**

whose name is subscribed to the annexed original instrument has been commissioned and qualified as a NOTARY PUBLIC ......................................................................................................................
and has filed his/her original signature in this office and that he/she was at the time of taking such proof or acknowledgment or oath duly authorized by the laws of the State of New York to take the same: that he/she is well acquainted with the handwriting of such public officer or has compared the signature on the certificate of proof or acknowledgment or oath with the original signature filed in his/her office by such public officer and he/she believes that the signature on the original instrument is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand and my official seal this 12th day of June, 2024

_____
County Clerk, New York County



## Notary Public as JURAT CERTIFICATE

_____New York_____ State

_____New York_____ County

**The United States of America**

On _____06/12/24_____ date before me,

a Notary Public, personally appeared _____Alena Karakova_____

who proved to me on the basis of satisfactory evidence to be the woman whose Name is subscribed to the within attached instrument and acknowledged to Me that she executed the same in her authorized capacity, And that by her autograph(s) on the instrument the woman executed, the instrument known as _____Certificate of Non-Response and Default Judgment_____

**I certify under PENALTY OF PERJURY under the lawful laws of**

_____New York_____ State that the foregoing paragraph is true and correct.

**WITNESS my hand and official seal.**

Signature _____

of Notary / Jurat                                    seal

ANTHONY M. ARLOTTA
Notary Public - State of New York
NO. 01AR6375854
Qualified in New York County
My Commission Expires May 29, 2026

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JP Morgan Chase Bank, N.A.
Attn: Jeremy Barnum, CFO
270 Park Ave
New York, NY 10017

9590 9402 8816 4005 3231 30

2. Article Number (Transfer from service label)

9589 0710 5270 0934 6801 77

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): JPM CHASE

C. Date of Delivery: 5/13/24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...red Mail
☐ ...red Mail Restricted Delivery
  r $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JP Morgan Chase Bank, N.A.
c/o Jeremy Barnum, CFO
270 Park Ave
New York City, New York 10017

9590 9402 8512 3186 1492 08

2. Article Number (Transfer from service label)

RE 358 479 362 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   ured Mail Restricted Delivery
   er $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt