```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

ALENA KARAKOVA D/B/A SETLOR/TRUST
PROTECTOR OF NASLEDIE DAVUDOVA           24-mc-310 (JGK)
EXPRESS TRUST,
              Plaintiff,           ORDER

      - against -

JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION,
              Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff, Alena Karakova, commenced this action against the defendant, JP Morgan Chase Bank, National Association, on June 21, 2024. See ECF No. 1. On September 12, 2024, the plaintiff moved for summary judgment. See ECF No. 7.

    The motion for summary judgment was made without any indication that the defendant had been served with the summons and complaint. The motion was also made without seeking a pre-motion conference as required by this Court's Individual Rules and fails to comply with the requirement that a motion for summary judgment be supported by an Affidavit. For the foregoing reasons, the plaintiff's motion for summary judgment is **denied without prejudice**. The clerk is directed to close ECF No. 7.

SO ORDERED.
Dated:   New York, New York
         September 16, 2024

                                                  John G. Koeltl
                                     United States District Judge