UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALENA KARAKOVA,

                     Plaintiff,           24-mc-310 (JGK)

       - against -                ORDER

JP MORGAN CHASE BANK, NATIONAL.

                     Defendant.

---

JOHN G. KOELTL, District Judge:

    To allow the plaintiff, who is proceeding in forma pauperis, to effect service on the defendant through the U.S. Marshals Service, the Clerk of Court is instructed to send the plaintiff one U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for the defendant. Within thirty days of the date of this order, the plaintiff must complete a USM-285 form for the defendant and return the form to the Court.

    If the plaintiff does not wish to use the Marshals Service to effect service, the plaintiff must notify the Court in writing within thirty days of the date of this order and request that a summons be issued directly to the plaintiff. If within thirty days, the plaintiff has not returned the USM-285 forms or requested a summons, under Rule 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss this action for failure to prosecute.

Upon receipt of the completed USM-285 form, the Clerk of Court shall issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon the defendant.

No matter what method of service Plaintiff chooses, she must effect service within 90 days of the date the summons is issued. It is the plaintiff's responsibility to inquire of the Marshals Service as to whether service has been made and if necessary, to request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012). If within 90 days of issuance of the summons, the plaintiff has not made service or requested an extension of time in which to do so, under Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure, the Court may dismiss this action for failure to prosecute. Finally, it is the plaintiff's obligation to promptly submit a written notification to the Court if the plaintiff's address changes, and the Court may dismiss the action if the plaintiff fails to do so.

**SO ORDERED.**

**Dated:** **New York, New York**
October 22, 2024

_____
John G. Koeltl
**United States District Judge**