UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALENA KARAKOVA,

                Plaintiff,        24-mc-310 (JGK)

    - against -                    ORDER

JP MORGAN CHASE BANK, NATIONAL
ASSOCIATION,
                Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff may file an Amended Complaint through an attorney representing the plaintiff by **March 18, 2025**. The defendant should respond to the Amended Complaint, or the Complaint if the plaintiff does not file an Amended Complaint, by **April 18, 2025**. No pre-motion conference is necessary. The plaintiff should respond to any motion to dismiss by **May 16, 2025**. The defendant may reply by **June 2, 2025**.

SO ORDERED.
Dated:    New York, New York
           February 20, 2025

                                              John G. Koeltl
                                    United States District Judge