```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------------

**ALENA KARAKOVA,**

                **Plaintiff,**             24-mc-310 (JGK)

    - against -                        <u>ORDER</u>

**JP MORGAN CHANSE BANK, NATIONAL ASSOCIATION,**

                **Defendant.**

-------------------------------------------

**JOHN G. KOELTL, District Judge:**

On February 20, 2025, the Court gave the plaintiff until March 18, 2025, to file an Amended Complaint through an attorney and set a briefing schedule for the contemplated motion to dismiss. ECF No. 24. The plaintiff did not appear by counsel and did not file an Amended Complaint. On April 18, 2025, the defendant filed its motion to dismiss the Complaint. ECF No. 25. The plaintiff failed to respond to the motion to dismiss by the May 16, 2025 deadline. The plaintiff has not filed anything on the docket since February 11, 2025, although several deadlines have elapsed.

Accordingly, the case is **dismissed without prejudice** for failure to prosecute.  **The Clerk is directed to close this case.**

**SO ORDERED.**
**Dated:**    **New York, New York**
           **May 23, 2025**

                                            /s/ John G. Koeltl__
                                                **John G. Koeltl**
                                    **United States District Judge**